AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Steele, John E | District Court, Middle Florida | 05/9/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>2110 First Street, Ste 6-109<br>Fort Myers, FL 33901 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 15 P 1:51 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E | 05/9/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

**A. Filer's Non-Investment Income**

$\boxed{X}$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**B. Spouse's Non-Investment Income** - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

$\boxed{\phantom{X}}$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-Employed, real estate/massage therapist |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

$\boxed{X}$ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E | 05/9/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wachovia | (Second) Home Equity Line of Credit | M |
| 2. Bank of America | Home Equity Line of Credit, N.Fort Myers investment property #3 (Pt. VII, line 45) | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E | 05/9/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Second Home, Blowing Rock, N.C. May, 1988 $110,000 | D | Rent | M | R | | | | | |
| 2. Bank of America Accounts | A | Interest | J | T | | | | | |
| 3. Jax Fed Cr Un Acct | A | Interest | J | T | | | | | |
| 4. Abbott Labs common | A | Dividend | J | T | | | | | |
| 5. Disney common | A | Dividend | J | T | | | | | |
| 6. Merck common | A | Dividend | J | T | | | | | |
| 7. Public Storage | A | Dividend | J | T | | | | | |
| 8. Home Depot common IRA | A | Dividend | L | T | | | | | |
| 9. Thermo Electron common IRA | A | Dividend | J | T | | | | | |
| 10. Tyson common IRA | A | Dividend | J | T | | | | | |
| 11. Fidelity Money Mrk IRA #1 | A | Dividend | J | T | | | | | |
| 12. Valic Fixed Acct Plus IRA | A | Dividend | J | T | | | | | |
| 13. Intentionally blank | | | | | | | | | |
| 14. Intentionally blank | | | | | | | | | |
| 15. Gabelli Eq Tr IRA | A | Dividend | J | T | | | | | |
| 16. Mutual Series Shares IRA | A | Dividend | K | T | | | | | |
| 17. Spartan Money Mkt IRA | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E | 05/9/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Money Mkt IRA #2 | A | Dividend | K | T | buy | 4/12 | J | A | |
| 19. VanKampen Corp Bond Fund, IRA | A | Dividend | J | T | | | | | |
| 20. Tamarack Enterprise mutual (name change from Babson) | A | Dividend | J | T | | | | | |
| 21. Fidelity Brokerage, cash acct | A | Interest | J | T | | | | | |
| 22. Columbia Tax-Exempt Fund 2 (name change from Mgd Muni Fund | A | Dividend | J | T | part. redemp | 2/8 | J | A | |
| 23. T.Rowe Price Eq. mutual | A | Dividend | J | T | | | | | |
| 24. Parnassus mutual | A | Dividend | J | T | | | | | |
| 25. Fidelity Diver Internat IRA | A | Dividend | K | T | | | | | |
| 26. Fidelity Short Term Bond IRA | A | Dividend | J | T | | | | | |
| 27. McDonalds common | A | Dividend | J | T | | | | | |
| 28. Intentionally blank | | | | | | | | | |
| 29. Intentionally blank | | | | | | | | | |
| 30. Intentionally blank | | | | | | | | | |
| 31. Lot, Blowing Rock, N.C., 1993, $15,000 | | None | J | R | | | | | |
| 32. AGSPC Social Awareness IRA | A | Dividend | | | transfer all | 1/4 | K | A | |
| 33. Putnam OTC & Emerg GRO IRA | A | Dividend | | | transfer all | 1/4 | J | A | |
| 34. American Century Ultra Fund IRA | A | Dividend | | | transfer all | 1/4 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E | 05/9/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. T Rowe Price Science & Tech IRA | A | Dividend | | | transfer all | 1/4 | K | A | |
| 36. Putnam Global Equity IRA | A | Dividend | | | transfer all | 1/4 | K | A | |
| 37. Century Telephone common | A | Dividend | J | T | | | | | |
| 38. Focus Fund | A | Dividend | J | T | | | | | |
| 39. Intentionally blank | | | | | | | | | |
| 40. Quantum Corp DDS IRA common | A | Dividend | J | T | | | | | |
| 41. Wachovia accounts | A | Interest | J | T | | | | | |
| 42. NVR common | A | Dividend | J | T | | | | | |
| 43. Viasys Healthcare Inc.common, IRA | A | Dividend | J | T | | | | | |
| 44. Bed, Bath & Beyond common | A | Dividend | J | T | | | | | |
| 45. North Fort Myers Invest. Property #3 (Sail) | | | N | R | buy | 7/29 | N | | |
| 46. North Fort Myers Invest. Property #2 (Sandy) | | | N | R | buy | 12/7 | N | | |
| 47. Fort Myers Invest. Prop. #1 | | | M | R | buy | 2/24 | N | | |
| 48. Fort Myers Invest. Prop #1 | | | M | R | sell | 3/21 | M | E | Mr. & Mrs. Howell |
| 49. Loan Receivable, brother in law | A | Interest | K | T | made | 10/28 | K | A | |
| 50. Dreyfus S&P Index IRA | A | Dividend | J | T | transfer | 1/4 | K | A | |
| 51. Calamos Growth A IRA | A | Dividend | J | T | transfer | 1/4 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E | 05/9/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Funds-Growth Fund IRA | A | Dividend | K | T | transfer | 1/4 | K | A | |
| 53. Dreyfus S&P Index IRA | A | Dividend | K | T | transfer | 1/4 | K | A | |
| 54. American Cap. World Global IRA | A | Dividend | J | T | transfer | 1/4 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E | 05/9/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII, line 22: There was second transaction during the year: Partial Redemption on October 25, 2005, Value Code D, Gain Code A.

Section VII, Lines 32-36: shares were transferred by company to the funds listed in lines 50-54.

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E | 05/9/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____   Date___5/9/06___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544